```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  BEVERLY LATTICE BARRON
```

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

```
    UNITED STATES OF AMERICA,      ) No. 2:07-cr-0236 FCD
14                                 )
                    Plaintiff,     )
15                                 ) STIPULATION AND ORDER TO SET
         v.                        ) BRIEFING SCHEDULE AND HEARING
16                                 )
    BEVERLY LATTICE BARRON,        )
17                                 ) Date:  November 13, 2007
                    Defendant.     ) Time:  10:00 a.m.
18                                 ) Judge: Hon. Frank C. Damrell Jr.
    _____)
19
```

20      BEVERLY BARRON, by and through her counsel, Caro Marks, and the

21  United States of America, by and through its counsel, Jason Hitt,

22  hereby stipulate to the following briefing schedule and hearing date on

23  the defendant's motion to dismiss:

24      The government's response to the motion to dismiss shall be filed

25  no later than November 7, 2007.

26      The defendant's reply, if any, shall be filed no later than

27  November 10, 2007.

28

1  The hearing on the motion is RESET for November 13, 2007 at
2  10:00 a.m.
3  Dated:   November 2, 2007

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Caro Marks
                                   _____
                                   CARO MARKS
                                   Attorney for Defendant
                                   BEVERLY LATTICE BARRON
                                   /Jason Hitt
                                   _____
                                   JASON HITT
                                   Assistant United States Attorney


     IT IS SO ORDERED.

DATED: November 6, 2007

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE