1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0236 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | BRIEFING SCHEDULE AND HEARING |
| ) | DATE |
| BEVERLY LATTICE BARRON, ) | |
| Defendant. ) | Date: December 3, 2007 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell Jr. |

   Beverly Lattice Barron, by and through her counsel, Caro marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the briefing schedule and hearing in this matter as follows:

   Defendant's reply to the governments's response to defendant's Motion to Dismiss shall be filed no later than November 28, 2007.

   A hearing on the motions shall be held on December 3, 2007.

   At the previous hearing on November 13, 2007, the Court found

excludable time under Local Code E, due to pending motions, as well as pursuant to 18 U.S.C. § §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.  The parties agree that time under the Speedy Trial Act should continue to be excluded pursuant to these provisions, up to and including December 3, 2007.

Dated:   November 15, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
BEVERLY LATTICE BARRON

/s/ Jason Hitt
_____
Jason Hitt
Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 13, 2007, status conference hearing be continued to December 3, 2007, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 3, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)

1  and Local Codes T-4 and E, to allow defense counsel reasonable time to
2  prepare.
3      IT IS SO ORDERED.
4  Dated: November 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE