1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7  Attorney for Defendant
   BEVERLY LATTICE BARRON

8

9

                 IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. 2:07-cr-0236 FCD
14                                   )
                     Plaintiff,      )
15                                   )  STIPULATION AND ORDER TO CONTINUE
         v.                          )  STATUS CONFERENCE DATE
16                                   )
   BEVERLY LATTICE BARRON,           )
17                                   )  Date:  March 17, 2008
                     Defendant.      )  Time:  10:00 a.m.
18                                   )  Judge: Hon. Frank C. Damrell Jr.
   _____  )
19

20      Beverly Lattice Barron, by and through her counsel, Caro marks,

21  and the United States of America, by and through its counsel, Jason

22  Hitt, hereby agree and stipulate to continue current status conference

23  date of February 4, 2008 to March 17, 2008 at 10:00a.m.

24      This continuance is requested so defense counsel can pursue a

25  sentence under Chapter 5K of the sentencing guidelines.  Defense

26  counsel is currently in trial, and the parties agree that the

27  defendant's ongoing chapter 5K investigation will not be resolved

28  before March, 2008.  Therefore, the parties agree this is a necessary

1   continuance.

2       IT IS STIPULATED that the period from the signing of this Order up

3   to and including March 17, 2008 be excluded in computing the time

4   within which trial must commence under the Speedy Trial Act, pursuant

5   to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of

6   counsel.

7

8   Dated:  January 28, 2008
                                    Respectfully submitted,
9
                                    DANIEL J. BRODERICK
10                                  Federal Defender

11
                                    /s/ Caro Marks
12                                  _____
                                    CARO MARKS
13                                  Attorney for Defendant
                                    BEVERLY LATTICE BARRON
14
                                    /s/ Jason Hitt
15                                  _____
                                    Jason Hitt
16                                  Assistant United States Attorney

17                                  ORDER

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19  ordered that the February 4, 2008, status conference hearing be

20  continued to March 17, 2008, at 10:00 a.m.  Based on the representation

21  of defense counsel and good cause appearing there from, the Court

22  hereby finds that the failure to grant a continuance in this case would

23  deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  The

25  Court finds that the ends of justice to be served by granting a

26  continuance outweigh the best interests of the public and the defendant

27  in a speedy trial.  It is ordered that time up to and including the

28  March 17, 2008 status conference shall be excluded from computation of

1    time within which the trial of this matter must be commenced under the

2    Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and

3    Local Codes T-4 and E, to allow defense counsel reasonable time to

4    prepare.

5           IT IS SO ORDERED.

6    Dated: January 31, 2008

7

8                                        FRANK C. DAMRELL, JR.

9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28