DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0236 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v.   ) | STATUS CONFERENCE DATE |
| ) | |
| BEVERLY LATTICE BARRON, ) | |
| ) | Date: April 14, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

Beverly Lattice Barron, by and through her counsel, Caro Marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the current status conference date of March 17, 2008 to April 14, 2008 at 10:00a.m.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by

1  granting this continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3       Specifically, this continuance is requested to allow counsel
4  additional time to pursue their investigations under Chapter 5K of the
5  U.S. sentencing guidelines.  Counsel for the government and defense
6  were in trial most of January and February, and need additional time to
7  resolve the case.  Therefore, the parties agree this is a necessary
8  continuance.
9       IT IS STIPULATED that the period from the signing of this Order up
10 to and including April 14, 2008 be excluded in computing the time
11 within which trial must commence under the Speedy Trial Act, pursuant
12 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
13 counsel.

Dated:   March 10, 2008
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Caro Marks
                                   _____
                                   CARO MARKS
                                   Attorney for Defendant
                                   BEVERLY LATTICE BARRON

                                   /s/ Jason Hitt
                                   _____
                                   Jason Hitt
                                   Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 17, 2008, status conference hearing be continued to April 14, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the April 14, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

DATED: March 11, 2008

_____
FRANK C. DAMRELL Jr.
United States District Judge