DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0236 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE DATE |
| ) | |
| BEVERLY LATTICE BARRON, ) | |
| ) | Date:  May 27, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

Beverly Lattice Barron, by and through her counsel, Caro Marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the current status conference date of April 14, 2008 to May 27, 2008 at 10:00a.m. The reason for this stipulation is that the parties have tentatively agreed on resolution of the case. The government needs time to draft a plea agreement, and the defense will then need time to travel to the Marysville jail, where defendant is detained, and review the plea agreement with her. As defense counsel is about to start a six-week

1  trial, the ends of justice will be are served by the Court allowing
2  this continuance to permit both counsel to accomplish these tasks.
3  　　　The parties agree to exclude time under the Speedy Trial Act to
4  allow the reasonable time necessary for effective preparation of
5  counsel, taking into account the exercise of due diligence.  18 U.S.C.
6  § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the
7  interests of justice served by granting this continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.  18
9  U.S.C. § 3161(h)(8)(A).
10 　　　　IT IS THEREFORE STIPULATED that the period from the signing of
11 this Order up to and including May 27, 2008 be excluded in computing
12 the time within which trial must commence under the Speedy Trial Act,
13 pursuant to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
14 preparation of counsel.

16 Dated:  April 8, 2008
　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
18 　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　/s/ Caro Marks
20 　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CARO MARKS
21 　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　BEVERLY LATTICE BARRON

　　　　　　　　　　　　　　　　　　/s/ Jason Hitt
23 　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jason Hitt
24 　　　　　　　　　　　　　　　　　Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 14, 2008, status conference hearing be continued to May 27, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the May 27, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: April 10, 2008

_____
FRANK C. DAMRELL
United States District Judge