DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0236 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE |
| BEVERLY LATTICE BARRON, | ) | |
| Defendant. | ) | Date: July 14, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

Beverly Lattice Barron, by and through her counsel, Caro Marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the current status conference date of May 27, 2008 to July 14, 2008 at 10:00 a.m. The reason for this stipulation is that both the government and defense attorney Marks are unavailable for the current status conference. Additionally the parties have tentatively agreed on resolution of the case. The government needs time to draft a plea agreement, and the defense will then need time to travel to the Marysville jail, where

1  defendant is detained, and review the plea agreement with her. The ends
2  of justice will be are served by the Court allowing this continuance to
3  permit both counsel to accomplish these tasks.

4      The parties agree to exclude time under the Speedy Trial Act to
5  allow the reasonable time necessary for effective preparation of
6  counsel, taking into account the exercise of due diligence.  18 U.S.C.
7  § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the
8  interests of justice served by granting this continuance outweigh the
9  best interests of the public and the defendant in a speedy trial.  18
10 U.S.C. § 3161(h)(8)(A).

11     IT IS THEREFORE STIPULATED that the period from the signing of
12 this Order up to and including July 14, 2008 be excluded in computing
13 the time within which trial must commence under the Speedy Trial Act,
14 pursuant to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
15 preparation of counsel.

16

17 Dated:  May 23, 2008

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Caro Marks
                                              _____
                                              CARO MARKS
                                              Attorney for Defendant
                                              BEVERLY LATTICE BARRON

                                              /s/ Jason Hitt

                                              _____
                                              Jason Hitt
                                              Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 27, 2008, status conference hearing be continued to July 14, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the July 14, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

Dated: May 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE