1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0236 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE DATE |
| ) | |
| BEVERLY LATTICE BARRON, ) | |
| ) | Date:  August 18, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

Beverly Lattice Barron, by and through her counsel, Caro Marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the current status conference date of July 14, 2008 to August 18, 2008 at 10:00 a.m.  The reason for this stipulation is to allow the parties to finish negotiating the final terms of the plea agreement. Once the agreement is reduced to writing, defense counsel will then need time to travel to the Nevada City jail, where defendant is detained, and review the plea agreement with her.

The parties agree to exclude time under the Speedy Trial Act to allow the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE STIPULATED that the period from the signing of this Order up to and including August 18, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: July 9, 2008

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Attorney for Defendant
    BEVERLY LATTICE BARRON

    /s/ Jason Hitt
    _____
    Jason Hitt
    Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 14, 2008, status conference hearing be continued to August 18, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the August 18, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

Dated: July 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE