```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  BEVERLY LATTICE BARRON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-236 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE DATE |
| BEVERLY LATTICE BARRON, ) | |
| ) | Date:  September 22, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

    Beverly Lattice Barron, by and through her counsel, Caro Marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the current status conference date of August 18, 2008 to September 22, 2008 at 10:00a.m. The reason for this stipulation is to allow the parties to finish negotiating the final terms of the plea agreement. Once the agreement is reduced to writing, defense counsel will then need time to travel to the Nevada City jail, where defendant is detained, and review the plea agreement with her.

1      The parties agree to exclude time under the Speedy Trial Act to
2 allow the reasonable time necessary for effective preparation of
3 counsel, taking into account the exercise of due diligence.  18 U.S.C.
4 § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the
5 interests of justice served by granting this continuance outweigh the
6 best interests of the public and the defendant in a speedy trial.  18
7 U.S.C. § 3161(h)(8)(A).

8       IT IS THEREFORE STIPULATED that the period from the signing of
9 this Order up to and including September 22, 2008 be excluded in
10 computing the time within which trial must commence under the Speedy
11 Trial Act, pursuant to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
12 T4, for preparation of counsel.

14 Dated:   August 12, 2008
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
16                                 Federal Defender


                                   /s/ Caro Marks
                                   _____
                                   CARO MARKS
19                                 Attorney for Defendant
                                   BEVERLY LATTICE BARRON

                                   /s/ Jason Hitt

                                   _____
                                   Jason Hitt
22                                 Assistant United States Attorney

Stip and order for Barron           -2-

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 18, 2008, status conference hearing be continued to September 22, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the September 22, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

Dated: August 14, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge