```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BEVERLY LATTICE BARRON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-236 FCD |
| ) | |
| Plaintiff, ) | **AMENDED** STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE AND SET FOR |
| ) | CHANGE OF PLEA |
| BEVERLY LATTICE BARRON, ) | |
| ) | Date: September 29, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

Beverly Lattice Barron, by and through her counsel, Caro Marks, and the United States of America, by and through its counsel, Jason Hitt, hereby agree and stipulate to continue the current status conference date of September 08, 2008 to September 29, 2008 at 10:00a.m. The reason for this stipulation that there is a plea agreement in this case but it has not been put in writing. The client will need to review the agreement once it is in writing, and defense counsel needs time to receive the plea agreement and travel to the Nevada City jail to review it with the defendant. It is anticipated

1  that on September 29, 2008, a change of plea will be entered.

2      The parties agree to exclude time under the Speedy Trial Act to
3  allow the reasonable time necessary for effective preparation of
4  counsel, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the
6  interests of justice served by granting this advancing outweigh the
7  best interests of the public and the defendant in a speedy trial.  18
8  U.S.C. § 3161(h)(8)(A).

9      IT IS THEREFORE STIPULATED that the period from the signing of
10 this Order up to and including September 29, 2008 be excluded in
11 computing the time within which trial must commence under the Speedy
12 Trial Act, pursuant to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
13 T4, for preparation of counsel.

15 Dated:  September 4, 2008

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Caro Marks
                                              _____
                                              CARO MARKS
                                              Attorney for Defendant
                                              BEVERLY LATTICE BARRON

                                              /s/ Jason Hitt

                                              _____
                                              Jason Hitt
                                              Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 08, 2008, status conference hearing be continued to September 29, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the September 29, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

Dated: September 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE