1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 07-236-FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: October 27, 2008 |
| BEVERLY LATTICE BARRON, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, BEVERLY LATTICE BARRON by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the change of plea hearing set for Monday, October 27, 2008 be continued to Monday, November 24, 2008 at 10:00 a.m..

   As the court is aware, Ms. Barron's attorney, Assistant Federal Defender Caro Marks, was involved in a traffic accident just before the previously set hearing.  As a result, this case was reassigned on October 6th to new defense counsel.  Since that time, defense counsel has reviewed the case and the plea agreement, consulted with

1  government's counsel, and has been working to resolve remaining issues
2  relating to Ms. Barron's federal and state cases in anticipation of a
3  change of plea in this case.  Once these efforts are completed, defense
4  counsel will need to travel to Nevada City to review the plea agreement
5  with the defendant and fully advise her.
6     Speedy trial time is to be excluded from the date of this order
7  through the date of the change of plea hearing set for November 24,
8  2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
9  prepare] (Local Code T4).

DATED: October 21, 2008

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BEVERLY LATTICE BARRON
```

DATED: October 21, 2008

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Benjamin Galloway for
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

IT IS SO ORDERED.

DATED: October 21, 2008

```
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
```