DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Movant
BEVERLY LATTICE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-236 FCD |
| ) | |
| Plaintiff, ) | **REQUEST FOR APPOINTMENT OF** |
| ) | **COUNSEL; ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| BEVERLY LATTICE BARRON, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. FRANK C. DAMRELL, Jr. |
| _____ ) | |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, BEVERLY LATTICE BARRON, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent her with respect to her motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed pro se on August 8, 2011. Mr. Porter is familiar with the case and is willing to accept the appointment.

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise legal issues surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines.

1  Because Ms. Barron's substantial rights may be affected by these
2  criminal proceedings, she is constitutionally entitled to appointment
3  of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).
4      Accordingly, the undersigned requests the Court issue the order
5  lodged herewith.
6  Dated:   September 19, 2011

7                           Respectfully submitted,

8                           DANIEL J. BRODERICK
                             Federal Defender

10          /s/ *David M. Porter*
            DAVID M. PORTER
11          Assistant Federal Defender

12          Seeking Appointment as Attorney for Movant
            BEVERLY LATTICE BARRON

14                          **O R D E R**

15      Pursuant to defendant's request, and good cause appearing
16  therefor, the Office of the Federal Defender and Assistant Federal
17  David M. Porter is hereby appointed to represent defendant with respect
18  to her motion to reduce sentence
19  DATED:   September 19, 2011

                                    _____
21                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE